**Harry T. LEWIS, Plaintiff-Appellant,**

v.

**UNITED STATES GOVERNMENT; Honorable Richard M. Gergel; Stanley D. Ragsdale, Defendants-Appellees.**

No. 17-1860

United States Court of Appeals, Fourth Circuit.

Submitted: November 21, 2017

Decided: November 27, 2017

Harry T. Lewis, Appellant Pro Se.

Before WYNN and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harry T. Lewis seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint seeking the return of property and the release of his sons from prison. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Lewis v. United States Gov't*, No. 2:17-cv-00887-DCN (D.S.C. July 12, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*